Scott H. Frewing, State Bar No. 191311
Ethan S. Kroll, State Bar No. 274157
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
scott.frewing@bakermckenzie.com
ethan.kroll@bakermckenzie.com

Attorneys for Defendant
Pedro Ramirez-Alvarez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>Pedro Ramirez-Alvarez,<br><br>         Defendant. | **Case No. 11-MJ-70785-HRL**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR A CONTINUANCE AND EXCLUDING TIME FROM AUGUST 11, 2011 THROUGH AUGUST 19, 2011 FROM THE SPEEDY TRIAL ACT CALCULATION** |

   IT IS HEREBY STIPULATED between the parties that, subject to the Court's approval, the arraignment scheduled for August 11, 2011 at 1:30 p.m. shall be continued to August 19, 2011 at 9:30 a.m.   The purpose for the continuance is to allow the parties to discuss a potential pre-indictment resolution of the matter.  Furthermore, it is hereby stipulated between the parties that the time between August 11, 2011 and August 19, 2011 is excluded under the Speedy Trial Act, 18.U.S.C. § 3161.  The defendant agrees to waive time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from August 11, 2011 through August 19, 2011.

   It is so stipulated.

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No 11-MJ-70785-HRL
STIPULATION AND ORDER FOR A CONTINUANCE AND EXCLUDING TIME

Dated:  August 10, 2011                              Respectfully submitted,

                                                           BAKER & McKENZIE LLP

                                                         By:  /s/ Scott H. Frewing
                                                              Scott H. Frewing
                                                              Ethan S. Kroll
                                                              Attorneys for Pedro Ramirez-Alvarez

Dated:  August 10, 2011

                                                         By:  /s/ Susan Knight
                                                              Susan Knight
                                                              Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED that the arraignment, currently scheduled for Thursday, August 11, 2011 at 1:30 p.m. shall be vacated, and the new arraignment date shall be August 19, 2011 at 9:30 a.m.

The Court also hereby ORDERS that the time between August 11, 2011 and August 19, 2011 is excluded under Rule 5 and the Speedy Trial Act, 18 U.S.C. § 3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No. 11-MJ-70785-HRL
STIPULATION AND ORDER FOR A CONTINUANCE AND EXCLUDING TIME

**IT IS SO ORDERED.**

Dated: August 10, 2011     By: _____
                              PAUL S. GREWAL
                              UNITED STATES MAGISTRATE JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

3

Case No. 11-MJ-70785-HRL
STIPULATION AND ORDER FOR A CONTINUANCE AND EXCLUDING TIME